## JACOB ALTMAN *vs.* PETERSON GRAHAM.

### April 10, 1876.

The evidence in this case *held* sufficient to sustain the finding.

Appeal by defendant from an order of the municipal court of the city of Minneapolis, refusing a new trial. The action was for services rendered, and the defence, that they were rendered under a contract by which plaintiff agreed to

work for defendant during the whole summer, and that plaintiff, without cause, quitted the defendant's service on June 24.

*John W. Arctander*, for appellant.

*Gove & Hicks*, for respondent.

GILFILLAN, C. J. . There is evidence in the case from which a jury might find either that there was or was not a contract to work for a specific time, and the finding of the court below on the fact cannot be disturbed.

Order affirmed.